IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILLIAM F. ALBANY AND JACKIE ALBANY<br><br>DEBTOR(S) | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-13530-MDC |
| NATIONSTAR MORTGAGE LLC<br>    MOVANT<br>VS.<br><br>WILLIAM F. ALBANY AND JACKIE ALBANY,<br>  RESPONDENT(S)/DEBTOR(S)<br><br>KENNETH E. WEST, TRUSTEE<br>  ADDITIONAL RESPONDENT(S) | |

## **STIPULATION AND ORDER**

AND NOW, it is hereby stipulated and agreed to by and between Nationstar Mortgage LLC, ("Movant") and WILLIAM F. ALBANY AND JACKIE ALBANY, ("Debtors") as follows:

1. Debtor (s) have brought the account current.

2. Nationstar Mortgage LLC wishes to discontinue the foreclosure action which pre-dated the bankruptcy but must do so by Motion to Vacate the judgment in state court.

3. The parties agree that relief from stay is Granted for the LIMITED Purpose of filing such a motion in state court. The Debtor will be served with said motion in accordance with the Pennsylvania rules of civil procedure.

4. The automatic stay remains in effect in all other aspects of the Debtors bankruptcy case.

DATED:  11/1/2021          /s/ Christopher A. DeNardo for
                           Elizabeth L. Wassall, Esquire
                           Attorney for Nationstar Mortgage LLC

                           No Objection

       November 9, 2021    /s/ LeeAne O. Huggins
                           Kenneth E. West, Esquire
                           Office of the Chapter 13 Standing Trustee

DATED:  10/15/2021

                           Eugene J. Malady, Esquire
                           Eugene J. Malady, LLC
                           Attorney for Debtor(s),
                           William F. Albany and Jackie Albany


AND NOW, this ___15th___ day of __November__ 2021 it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE