United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13530-mdc

William F Albany                                                          Chapter 13

Jaclyn M Albany

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 15, 2021 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F Albany, Jaclyn M Albany, 206 N. Central Boulevard, Broomall, PA 19008-3809 |
| cr | + | Nationstar Mortgage LLC, Aldridge Pite LLP, 4375 Jutland Drive, San Diego, CA 92117-3600 |
| cr | + | Township of Marple, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 15 2021 23:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2021 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 15 2021 23:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2021 23:51:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021                    Signature:            /s/Joseph Speetjens

District/off: 0313-2                      User: admin                                          Page 2 of 2
Date Rcvd: Nov 15, 2021                   Form ID: pdf900                                 Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| EUGENE J. MALADY | on behalf of Debtor William F Albany kjones@ejmcounselors.com  emalady@ejmcounselors.com |
| EUGENE J. MALADY | on behalf of Joint Debtor Jaclyn M Albany kjones@ejmcounselors.com  emalady@ejmcounselors.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Marple jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Nationstar Mortgage LLC Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC mclark@squirelaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WILLIAM F. ALBANY AND JACKIE ALBANY | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY CASE NUMBER 16-13530-MDC |
| NATIONSTAR MORTGAGE LLC MOVANT VS. | |
| WILLIAM F. ALBANY AND JACKIE ALBANY, RESPONDENT(S)/DEBTOR(S) | |
| KENNETH E. WEST, TRUSTEE ADDITIONAL RESPONDENT(S) | |

## STIPULATION AND ORDER

AND NOW, it is hereby stipulated and agreed to by and between Nationstar Mortgage LLC, ("Movant") and WILLIAM F. ALBANY AND JACKIE ALBANY, ("Debtors") as follows:

1.  Debtor (s) have brought the account current.

2.  Nationstar Mortgage LLC wishes to discontinue the foreclosure action which pre-dated the bankruptcy but must do so by Motion to Vacate the judgment in state court.

3.  The parties agree that relief from stay is Granted for the LIMITED Purpose of filing such a motion in state court. The Debtor will be served with said motion in accordance with the Pennsylvania rules of civil procedure.

4.  The automatic stay remains in effect in all other aspects of the Debtors bankruptcy case.

DATED:        11/1/2021                          /s/ Christopher A. DeNardo for
                                                 Elizabeth L. Wassall, Esquire
                                                 Attorney for Nationstar Mortgage LLC

                                                 No Objection

              November 9, 2021                   /s/ LeeAne O. Huggins
                                                 Kenneth E. West, Esquire
DATED:        10/15/2021                          Office of the Chapter 13 Standing Trustee

                                                 Eugene J. Malady, Esquire
                                                 Eugene J. Malady, LLC
                                                 Attorney for Debtor(s),
                                                 William F. Albany and Jackie Albany


        AND NOW, this ___15th___ day of __November__ 2021 it is hereby ORDERED that

the foregoing Stipulation is approved, shall be, and is made an Order of this Court.



                                   MAGDELINE D. COLEMAN
                                   CHIEF U.S. BANKRUPTCY JUDGE