United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-13530-mdc |
|---|---|
| William F Albany | Chapter 13 |
| Jaclyn M Albany | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2021 | Form ID: 195 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F Albany, Jaclyn M Albany, 206 N. Central Boulevard, Broomall, PA 19008-3809 |
| cr | + | Nationstar Mortgage LLC, Aldridge Pite LLP, 4375 Jutland Drive, San Diego, CA 92117-3600 |
| cr | + | Township of Marple, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2021 23:45:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2021            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| EUGENE J. MALADY | on behalf of Joint Debtor Jaclyn M Albany kjones@ejmcounselors.com emalady@ejmcounselors.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2021 | Form ID: 195 | Total Noticed: 4 |

EUGENE J. MALADY
    on behalf of Debtor William F Albany kjones@ejmcounselors.com  emalady@ejmcounselors.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Marple jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Nationstar Mortgage LLC Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC mclark@squirelaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                              : Chapter 13

William F Albany and Jaclyn M Albany            : Case No. 16−13530−mdc
        Debtor(s)

### *ORDER*
_____

AND NOW, this day , November 19, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                    By The Court

                                                    Magdeline D. Coleman
                                                    Chief Judge , United States Bankruptcy Court